|   |   |
|---|---|
| Reset Form | |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

KAREN ROSE, et al.

Plaintiff(s),

v.

STEVEN TERNER MNUCHIN

Defendant(s).

Case No: 3:19-cv-04254

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Jessica P. Weber, an active member in good standing of the bar of U.S. District Ct. D. Md., hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiffs in the above-entitled action. My local co-counsel in this case is Autumn M. Elliott, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Brown Goldstein & Levy, LLP, 120 E. Baltimore St., Ste 1700, Baltimore, MD 21202 | Disability Rights California, 350 S. Bixel Street, Suite 290, Los Angeles, CA 90017 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (410) 962-1030 | (213) 213-8000 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| jweber@browngold.com | autumn.elliott@disabilityrightsca.org |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 17893.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 07/25/19

Jessica P. Weber
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Jessica P. Weber is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 7/31/2019

*[signature: Haywood S. Gill]*
UNITED STATES DISTRICT JUDGE

*October 2012*

PRO HAC VICE APPLICATION & ORDER

# Certificate of Good Standing



**UNITED STATES DISTRICT COURT**

**DISTRICT OF MARYLAND**

I, Felicia C. Cannon, Clerk of the United States District Court for the District of Maryland, certify that Jessica Paulie Weber, Bar No. 17893, was duly admitted to practice in this Court on 5/27/2010, and is in good standing as a member of the Bar of this Court.

Clerk of Court

Date: 7/24/2019

D Ciambruschini
Deputy Clerk

*This Certificate is valid for 90 days from the date issued.*