1  JOSEPH H. HUNT
   Assistant Attorney General
2  CARLOTTA P. WELLS
   Assistant Branch Director
3  M. ANDREW ZEE (CA Bar No. 272510)
4  Attorney
   Civil Division, Federal Programs Branch
5  U.S. Department of Justice
   450 Golden Gate Avenue, Room 7-5395
6  San Francisco, CA 94102
7  Telephone: (415) 436-6646
   Facsimile: (415) 436-6632
8  E-mail: m.andrew.zee@usdoj.gov

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| KAREN ROSE, ANNE L. PEYTON, RONZA OTHMAN, and THE NATIONAL FEDERATION OF THE BLIND, INC., <br><br> Plaintiffs, <br><br> v. <br><br> STEVEN TERNER MNUCHIN, Secretary of the U.S. Department of the Treasury, in his official capacity, <br><br> Defendant. | No. 4:19-cv-04254-HSG <br><br> **STIPULATION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT AND STIPULATED REQUEST AND ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |

# STIPULATION AND STIPULATED REQUEST

Pursuant to Civil Local Rule 6-1(a), Plaintiffs, Karen Rose, Anne L. Peyton, Ronza Othman, and The National Federation of the Blind, Inc., and Defendant, Steven Terner Mnuchin, sued solely in his official capacity as Secretary of the Treasury, through their respective undersigned counsel, stipulate and agree as follows:

1. On July 24, 2019, Plaintiffs filed a Complaint for Declaratory and Injunctive Relief in this Court asserting a cause of action pursuant to Section 504 of the Rehabilitation Act of 1973 against Defendant. ECF No. 1. On August 2, 2019, Plaintiffs effectuated service of process on the U.S. Attorney for the Northern District of California. ECF No. 14. Accordingly, Defendant's current deadline to respond to the Complaint is October 1, 2019. *See* Fed. R. Civ. P. 12(a)(2).

2. This case was assigned to undersigned counsel for Defendant at the end of August 2019. Undersigned counsel entered an appearance in this case on September 17, 2019. ECF No. 16.

3. Civil Local Rule 6-1(a) provides that "[p]arties may stipulate in writing, without a Court order, to extend the time within which to answer or otherwise respond to the complaint, or to enlarge or shorten the time in matters not required to be filed or lodged with the Court, provided the change will not alter the date of any event or any deadline already fixed by Court order." Counsel for the parties have conferred and, pursuant to Rule 6-1(a), hereby stipulate and agree to set Defendants' deadline to respond to the Complaint as November 1, 2019. This stipulation will not alter the date of any event or any deadline already fixed by Court order.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that: Defendant's deadline to respond to Plaintiffs' Complaint is November 1, 2019.

Pursuant to Civil Local Rules 6-2 and 16-2(d), Plaintiffs and Defendant submit this stipulated request for the Court to continue the initial case management conference and corresponding Case Management and ADR Deadlines until after Defendant has filed a response to the Complaint. In support of this request, the parties stipulate and agree as follows:

4. On July 24, 2019, Plaintiffs filed a Complaint for Declaratory and Injunctive Relief in this Court asserting a cause of action pursuant to Section 504 of the Rehabilitation Act of 1973 against Defendant. ECF No. 1. As set forth above, the parties have stipulated and agreed, pursuant to Civil Local Rule 6-1(a), that Defendant's deadline to respond to the Complaint is November 1, 2019.

5. On July 25, 2019, the Court entered an Order Setting Initial Case Management Conference and ADR Deadlines. ECF No. 6. Pursuant to that Order, an Initial Case Management Conference ("CMC") has been set for October 22, 2019, with related Case Management and ADR Deadlines set for October 1 and October 15, 2019, all prior to Defendant's November 1, 2019 deadline to respond to the Complaint.

6. Pursuant to Civil Local Rule 16-2(d), counsel for the parties have conferred and, in an effort to preserve the resources of the Court and of the parties, have agreed to continue the Initial CMC and corresponding Case Management and ADR deadlines until a date after Defendant has filed a response to Plaintiffs' Complaint. Defendant submits that holding the Initial CMC after he has had sufficient opportunity to review Plaintiffs' claims and allegations and provide a response to the Complaint is in the best interests of judicial efficiency, and that it would be premature to address certain case management issues until after a response has been filed. A declaration is attached pursuant to Civil Local Rule 6-2(a).

7. Pursuant to Civil Local Rule 16-2(d)(3)-(4), the parties have agreed to, and request that the Court approve, the below proposed case management schedule:

- **November 12, 2019**: Deadline to (a) meet and confer pursuant to Fed. R. Civ. P. 26(f) and ADR L.R. 3-5; and (b) file ADR Certification.
- **November 26, 2019**: Deadline to file Joint Case Management Statement.
- **December 3, 2019**: Initial Case Management Conference.

Dated: September 18, 2019.

Respectfully submitted,

U.S. DEPARTMENT OF JUSTICE

JOSEPH H. HUNT
Assistant Attorney General
CARLOTTA P. WELLS
Assistant Branch Director

/s/ M. Andrew Zee
M. ANDREW ZEE (CA Bar No. 272510)
Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
450 Golden Gate Avenue, Room 7-5395
San Francisco, CA 94102
Telephone: (415) 436-6646
Facsimile: (415) 436-6632
E-mail: m.andrew.zee@usdoj.gov

*Attorneys for Defendant*

/s/ Autumn M. Elliott
Autumn M. Elliott (SBN 230043)
Ben Conway (SBN 246410)
DISABILITY RIGHTS CALIFORNIA
350 S. Bixel Street, Suite 290
Los Angeles, CA 90017
Telephone: (213) 213-8000
Fax: (213) 213-8001
autumn.elliott@disabilityrightsca.org
ben.conway@disabilityrightsca.org

*Rose v. Mnuchin*, No. 4-19-cv-04254-HSG
**Stipulation to Extend Response Deadline and Stipulated Request to Continue Case Management Conference**
3

Jessica P. Weber
Alyssa L. Hildreth
BROWN GOLDSTEIN LEVY
120 E. Baltimore Street, Suite 1700
Baltimore, MD 21202
Telephone: (410) 962-1030
Fax: (410) 385-0869
JWeber@browngold.com
AHildreth@browngold.com

*Attorneys for Plaintiffs*

**ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest that I am the ECF user whose user ID and password are being used in the electronic filing of this document, and further attest that I have obtained the concurrence in the filing of the document from the other signatory.

                                            /s/ M. Andrew Zee
                                           M. ANDREW ZEE (CA Bar #272510)

# ORDER

Upon stipulation of the parties, and good cause appearing, the Court hereby orders the following revisions to the case management schedule:

- **November 12, 2019**: Deadline to (a) meet and confer pursuant to Fed. R. Civ. P. 26(f) and ADR L.R. 3-5; and (b) file ADR Certification.
- **November 26, 2019**: Deadline to file Joint Case Management Statement.
- **December 3, 2019 at 2:00 p.m.**: Initial Case Management Conference.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September 23, 2019

HON. HAYWOOD S. GILLIAM, JR.
United States District Court Judge