JOSEPH H. HUNT
Assistant Attorney General
CARLOTTA P. WELLS
Assistant Branch Director
M. ANDREW ZEE (CA Bar No. 272510)
Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
450 Golden Gate Avenue, Room 7-5395
San Francisco, CA 94102
Telephone: (415) 436-6646
Facsimile: (415) 436-6632
E-mail: m.andrew.zee@usdoj.gov

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| KAREN ROSE, ANNE L. PEYTON, RONZA OTHMAN, and THE NATIONAL FEDERATION OF THE BLIND, INC., <br><br> Plaintiffs, <br><br> v. <br><br> STEVEN TERNER MNUCHIN, Secretary of the U.S. Department of the Treasury, in his official capacity, <br><br> Defendant. | No. 4:19-cv-04254-HSG <br><br> **STIPULATED REQUEST AND ORDER TO STAY PROCEEDINGS PENDING SETTLEMENT DISCUSSIONS** |

# STIPULATED REQUEST

Pursuant to Civil Local Rule 7-12, Plaintiffs and Defendant submit this stipulated request for the Court to stay all proceedings, with the exception of ADR proceedings, through January 29, 2020, pending settlement discussions among the parties. In support of this request, the parties state as follows:

1. On July 24, 2019, Plaintiffs filed a Complaint for Declaratory and Injunctive Relief in this Court asserting a cause of action pursuant to Section 504 of the Rehabilitation Act of 1973 against Defendant. ECF No. 1. Defendant's current deadline to respond to the Complaint is November 1, 2019. ECF No. 17. An Initial Case Management Conference is currently scheduled for December 3, 2019. ECF No. 18.

2. Beginning in early October 2019, counsel for the parties began discussing the possibility of alternatives to litigation for resolving the cause of action Plaintiffs have asserted in the Complaint. For the past four weeks, the parties have exchanged correspondence and met and conferred via telephone on at least three occasions. The parties share a mutual interest in exploring the possibility of settlement and believe that prospective settlement discussions are more likely to be productive if they occur without simultaneously engaging in adversarial and potentially burdensome litigation proceedings. The parties are also sensitive to the Court's limited resources and do not believe that undertaking litigation while the parties discuss potential settlement that may resolve the case would be a productive use of judicial resources.

3. For the above reasons, the parties have agreed that all proceedings and deadlines, including Defendant's November 1, 2019 deadline to respond to the Complaint and the December 3, 2019 Initial Case Management Conference, should be stayed during the pendency

of their settlement discussions. Accordingly, the parties respectfully request that the Court enter such a stay through January 29, 2020, as set forth in the attached Proposed Order.

4. The parties have begun the process of scheduling an initial in-person settlement meeting and anticipate that this meeting will occur as early as is feasible during the month of November 2019. The parties have also discussed their obligations pursuant to the Court's ADR Multi-Option Program, and intend to file their ADR Certifications and a Stipulation Selecting ADR Process. While the parties are committed to direct discussions between the parties and their representatives, they also believe that a referral to a U.S. Magistrate Judge would be in their mutual interest, and respectfully request that the Court issue such a referral. Accordingly, the parties request that the requested stay except such ADR proceedings.

5. If either party believes that the parties' settlement discussions are no longer productive, that party may, after meeting and conferring with the opposing party, notify the Court and request that the stay be lifted before January 29, 2020.

6. The parties will file a joint status report by January 22, 2020, to update the Court on the progress of settlement discussions and to advise on whether a further stay would assist the parties' settlement efforts.

Dated: October 29, 2019.

Respectfully submitted,

U.S. DEPARTMENT OF JUSTICE

JOSEPH H. HUNT
Assistant Attorney General
CARLOTTA P. WELLS
Assistant Branch Director

/s/ M. Andrew Zee

M. ANDREW ZEE (CA Bar No. 272510)
Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
450 Golden Gate Avenue, Room 7-5395
San Francisco, CA 94102
Telephone: (415) 436-6646
Facsimile: (415) 436-6632
E-mail: m.andrew.zee@usdoj.gov

*Attorneys for Defendant*

/s/ Autumn M. Elliott
Autumn M. Elliott (SBN 230043)
Ben Conway (SBN 246410)
DISABILITY RIGHTS CALIFORNIA
350 S. Bixel Street, Suite 290
Los Angeles, CA 90017
Telephone: (213) 213-8000
Fax: (213) 213-8001
autumn.elliott@disabilityrightsca.org
ben.conway@disabilityrightsca.org


Jessica P. Weber
Alyssa L. Hildreth
BROWN GOLDSTEIN LEVY
120 E. Baltimore Street, Suite 1700
Baltimore, MD 21202
Telephone: (410) 962-1030
Fax: (410) 385-0869
JWeber@browngold.com
AHildreth@browngold.com

*Attorneys for Plaintiffs*

# ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I attest that I am the ECF user whose user ID and password are being used in the electronic filing of this document, and further attest that I have obtained the concurrence in the filing of the document from the other signatory.

                                        */s/ M. Andrew Zee*
                                        M. ANDREW ZEE (CA Bar #272510)

# ORDER

Upon stipulation of the parties, and good cause appearing, the Court hereby ORDERS that all proceedings and deadlines are STAYED through January 29, 2020, pending the parties' settlement discussions. The stay does not apply to any ADR proceedings pursuant to the Court's ADR program.

Should either party believe that a stay of proceedings is no longer warranted, it may notify the Court and request that the stay be lifted prior to January 29, 2020.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 11/1/2019

HON. HAYWOOD S. GILLIAM, JR.
United States District Judge

*Rose v. Mnuchin*, No. 4-19-cv-04254-HSG
**Stipulated Request to Stay Proceedings Pending Settlement Discussions**

5