# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Karen Rose, et al.

                Plaintiff(s)

v.

Secretary of the Treasury

                Defendant(s)

CASE No C 4:19-cv-04254-HSG

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)
- ☐ **Mediation** (ADR L.R. 6)
- ☒ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)
- ☐ **Private ADR** (*specify process and provider*)

The parties agree to hold the ADR session by:

- ☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*
- ☒ other requested deadline: see attached

Date: November 12, 2019      /s/ Autumn M. Elliott (by permission)
                                          Attorney for Plaintiff

Date: November 12, 2019      /s/ M. Andrew Zee
                                          Attorney for Defendant

☒ IT IS SO ORDERED.
☐ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE: 11/13/2019

*Haywood S. Gilliam Jr.*
U.S. DISTRICT/~~MAGISTRATE~~ JUDGE

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."

*Form ADR-Stip rev. 1-15-2019*

1  JOSEPH H. HUNT
   Assistant Attorney General
2  CARLOTTA P. WELLS
   Assistant Branch Director
3  M. ANDREW ZEE (CA Bar No. 272510)
4  Attorney
   Civil Division, Federal Programs Branch
5  U.S. Department of Justice
   450 Golden Gate Avenue, Room 7-5395
6  San Francisco, CA 94102
7  Telephone: (415) 436-6646
   Facsimile: (415) 436-6632
8  E-mail: m.andrew.zee@usdoj.gov

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| KAREN ROSE, ANNE L. PEYTON, RONZA OTHMAN, and THE NATIONAL FEDERATION OF THE BLIND, INC., <br><br> Plaintiffs, <br><br> v. <br><br> STEVEN TERNER MNUCHIN, Secretary of the U.S. Department of the Treasury, in his official capacity, <br><br> Defendant. | No. 4:19-cv-04254-HSG <br><br> **ATTACHMENT TO STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

As the parties have previously indicated, *see* ECF No. 19, they have commenced discussions about a possible negotiated resolution to this litigation. The parties held a productive, in-person session on November 7, 2019, and plan to continue their discussions through the months of November and December. At this stage, the parties believe that they can continue to hold productive discussions among themselves and their counsel, without need for ADR supervision by a Magistrate Judge. They also believe, however, that a settlement conference before a Magistrate Judge may eventually become helpful to resolving particular issues that may arise. In the event the parties do believe a settlement referral would be beneficial, they will submit such a request to the Court at that time. The parties have conferred and, in the event of a settlement referral, would be amenable to proceeding before any of the following Magistrate Judges, pending their availability:

- Judge Beeler
- Judge Corley
- Judge Ryu

Dated: November 12, 2019.	Respectfully submitted,

U.S. DEPARTMENT OF JUSTICE

JOSEPH H. HUNT
Assistant Attorney General
CARLOTTA P. WELLS
Assistant Branch Director

/s/ M. Andrew Zee
M. ANDREW ZEE (CA Bar No. 272510)
Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
450 Golden Gate Avenue, Room 7-5395
San Francisco, CA 94102

*Rose v. Mnuchin*, No. 4-19-cv-04254-HSG
**Attachment to Stipulation and [Proposed] Order Selecting ADR Process**
1

Telephone: (415) 436-6646
Facsimile: (415) 436-6632
E-mail: m.andrew.zee@usdoj.gov

*Attorneys for Defendant*


/s/ Autumn M. Elliott
Autumn M. Elliott (SBN 230043)
Ben Conway (SBN 246410)
DISABILITY RIGHTS CALIFORNIA
350 S. Bixel Street, Suite 290
Los Angeles, CA 90017
Telephone: (213) 213-8000
Fax: (213) 213-8001
autumn.elliott@disabilityrightsca.org
ben.conway@disabilityrightsca.org


Jessica P. Weber
Alyssa L. Hildreth
BROWN GOLDSTEIN LEVY
120 E. Baltimore Street, Suite 1700
Baltimore, MD  21202
Telephone: (410) 962-1030
Fax: (410) 385-0869
JWeber@browngold.com
AHildreth@browngold.com


*Attorneys for Plaintiffs*

# ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I attest that I am the ECF user whose user ID and password are being used in the electronic filing of this document, and further attest that I have obtained the concurrence in the filing of the document from the other signatory.

                                      */s/ M. Andrew Zee*
                                      M. ANDREW ZEE (CA Bar #272510)