# Exhibit 2

# SETTLEMENT AGREEMENT

Karen Rose ("Plaintiff"), one of the Plaintiffs in *Rose et al., v. Mnuchin*, No. 4:19-cv-04254-HSG (N.D. Cal.) (the "Case"), and Defendant Steven Terner Mnuchin, in his official capacity as Secretary of the United States Department of the Treasury, hereby enter into this Settlement Agreement as follows:

1. Defendant, acting through the Internal Revenue Service ("IRS") within the Department of the Treasury, will credit Plaintiff with an overpayment of her 2017 federal income taxes in the amount of $808.29. The result of this overpayment credit shall take the form of a payment check issued to Plaintiff in the amount of $808.29, subject to an offset (in part or full) for any outstanding federal income tax liability in the event that Plaintiff has any such liability, pursuant to 26 U.S.C. § 6402.

2. This payment shall constitute full and final satisfaction of any and all of Plaintiff's claims and causes of action for refund, abatement, waiver, or other relief from any and all interest, fees, and penalties incurred in connection with Plaintiff's 2017 federal income tax return (the "Abatement Claims"). Upon execution of this Settlement Agreement, Plaintiff shall promptly provide to Defendant's counsel the mailing address to which payment should be sent. Within fourteen [14] calendar days of receipt of all necessary payment information, counsel for Defendant shall initiate a request to the IRS to effectuate the payment.

3. Within fourteen [14] calendar days of Plaintiff's execution of this Settlement Agreement, Plaintiff shall provide written notice to Defendant's counsel that she withdraws and abandons her pending claim for abatement of penalties and interest set forth in the Form 843 submitted by Plaintiff to the IRS on or around February 12, 2020 (the "Form 843 Request").

4. In consideration of the terms promised herein, Plaintiff hereby releases and forever discharges Defendant, his successors, the IRS, the United States of America, and any

department, agency, or establishment of the United States, and any officers, employees, agents, successors, or assigns of such department, agency, or establishment, from the Abatement Claims, whether Plaintiff asserted or could have asserted them in the Case or otherwise, or which hereafter could be asserted.

5. The parties acknowledge that this Settlement Agreement is entered into solely for the purpose of settling and compromising Plaintiff's Abatement Claims, and it shall not be construed as evidence or as an admission regarding any issues of law or fact, or regarding the truth or validity of any allegation or claim raised in Plaintiff's Form 843 Request or in the Case, or as evidence or as an admission by Defendant regarding Plaintiff's legal entitlement to any refund, forgiveness, or abatement in connection with Plaintiff's 2017 federal income tax return. This Settlement Agreement shall not be used in any manner to seek to establish the IRS's liability for its denial of a refund, forgiveness, or abatement in any other case or proceeding.

6. If any provision of this Settlement Agreement shall be held invalid, illegal, or unenforceable, the validity, legality, and enforceability of the remaining provisions shall not in any way be affected or impaired thereby.

7. The undersigned counsel represent and warrant that they are fully authorized to execute this Settlement Agreement on behalf of the parties they represent, as indicated below.

8. This Settlement Agreement may be executed in counterparts on the parties' behalf by their attorneys of record, and is effective on the date by which all parties have executed this Agreement. Facsimiles and PDF versions of signatures shall constitute acceptable, binding signatures for purposes of this Agreement.

| | |
|---|---|
| Dated: July 10, 2020 | U.S. DEPARTMENT OF JUSTICE<br><br>ETHAN P. DAVIS<br>Acting Assistant Attorney General<br>Civil Division<br>CARLOTTA P. WELLS<br>Assistant Branch Director<br>Federal Programs Branch<br>M. ANDREW ZEE<br>Attorney<br>Federal Programs Branch<br><br>By:  _____<br>M. ANDREW ZEE<br>U.S. DEPARTMENT OF JUSTICE<br>450 Golden Gate Ave.<br>Room 7-5395<br>San Francisco, CA 94102<br><br>*Attorneys for Defendant* |
| Dated: July 9, 2020 | By:  _____<br>KAREN ROSE<br><br>*Plaintiff* |
| Dated: July 10, 2020 | DISABILITY RIGHTS CALIFORNIA<br><br>AUTUMN M. ELLIOTT<br>BEN CONWAY<br><br>By:  _____<br>AUTUMN M. ELLIOTT<br>DISABILITY RIGHTS CALIFORNIA<br>350 S. Bixel Street, Suite 290<br>Los Angeles, CA 90017<br><br>*Attorneys for Plaintiff Karen Rose* |

3

Dated: July 9, 2020                          BROWN GOLDSTEIN LEVY

                                                      EVE HILL
                                                     JESSICA P. WEBER
                                                     ALYSSA L. HILDRETH

                                      By:   *Eve Hill*
                                                 Eve Hill (Jul 9, 2020 19:01 EDT)
                                                 EVE HILL
                                                 BROWN GOLDSTEIN LEVY
                                                 120 E. Baltimore Street, Suite 1700
                                                 Baltimore, MD  21202

                                      *Attorneys for Plaintiff Karen Rose*